IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MANUEL LOPEZ RAMIREZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 322-162 |
| | ) |
| WARDEN, FCI YAZOO CITY (Medium), | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motion to dismiss, (doc. no. 4), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the **CLERK** to enter an appropriate judgment of dismissal.

SO ORDERED this 13th day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE